with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. The verified bill of particulars to be served within ten days after completion of the examination. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MARION M. GOODMAN, Respondent, v. HAMILTON F. GOODMAN, Appellant.— Order modified by eliminating provision for alimony, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; O'Malley, J., dissents and votes for affirmance.

GEOFFREY HARPER BONNELL, Respondent, v. SAMUEL UNGERLEIDER and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

LUCY F. SMITHLIN, Respondent, v. JEWELERS BUILDING CORPORATION and Others, Defendants, Impleaded with JOHN KLINGER & SON, INC., and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

JOHN D. WILLIAMS, Appellant, v. MAUDE ADAMS, Respondent, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. The further bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

AARON SMILOW and Others, Respondents, v. SAMUEL J. WOOD, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; O'Malley and Sherman, JJ., dissent and vote to reverse and deny the motion.

JOHN C. GIFFORD, on Behalf of Himself and of All Other Depositors under Alleged Deposit Agreement Dated December 22, 1930, of COMMONWEALTH BOND CORPORATION, as Alleged Committee of Bondholders of TWENTY-ONE SIXTY-SIX BROADWAY CORPORATION Who May Join in This Action, Appellant, v. COMMONWEALTH BOND CORPORATION, Respondent, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

WILLIAM SAUCIER, Appellant, v. POST & McCORD and JOHN LOWRY, INC., Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

BELLA MILLER, Respondent, v. BENJAMIN MILLER, Appellant.— Order modified by providing that decree be modified by reducing the amount of alimony to be paid by the defendant to the plaintiff to the sum of ten dollars per week, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

BELLA MILLER, Respondent, v. BENJAMIN MILLER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

PAUL ADLER, Respondent, v. ELIZABETH ADLER, Appellant.— Orders affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

CO-ED DRESSES, INC., Respondent, v. STERLING NATIONAL BANK AND TRUST